In the Matter of ARTHUR GROSS, an Attorney, Respondent.

PER CURIAM. On June 16, 1941, in the County Court of the County of Bronx, the respondent pleaded guilty of the crime of grand larceny in the first degree. Said crime is a felony. Pursuant to section 477 and subdivision 3 of section 88 of the Judiciary Law, he must, therefore, be disbarred.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Respondent disbarred.

In the Matter of the Application of JOHN H. CARLSON, Petitioner, Respondent, for an Order against JOHN H. DELANEY, as Chairman, FRANK X. SULLIVAN, as Commissioner, and GEORGE KEEGAN, as Commissioner, Constituting the Board of Transportation of the City of New York, Appellants, to Review a Determination by Said JOHN H. DELANEY, as Chairman, FRANK X. SULLIVAN, as Commissioner, and GEORGE KEEGAN, as Commissioner, Constituting the Board of Transportation of the City of New York.

PER CURIAM. Counsel for the board of transportation on this appeal concedes that there was no competent evidence to support a finding of guilt as to specifications " 4," " 5," " 7," " 8 " and " 10." There was direct evidence sufficient to support the determination of the board of transportation with respect to specifications " 1," " 2," " 3," " 6 " and " 13." (*Matter of Roge* v. *Valentine*, 280 N. Y. 268.) There is no rule requiring corroboration of testimony of accomplices in a proceeding of this character. (*Matter of Schadler* v. *Graves*, 258 App. Div. 451.)

The order should be reversed, with fifty dollars costs and disbursements, and the determination of the board of transportation confirmed.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Order, so far as appealed from, unanimously reversed, with fifty dollars costs and disbursements to the appellants, and the determination of the board of transportation confirmed.